ORIGINAL

JTC
2005V01522

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -X

| | |
|---|---|
| EVAN R. THOMPSON, | STIPULATION AND <u>ORDER OF REMAND</u> |
| Plaintiff, | |
| -against- | Civil Action CV-05-3318 |
| JO ANNE B. BARNHART, Commissioner of Social Security, | (Irizarry, J.) |
| Defendant. | |

- - - - - - - - - - - - - - - - -X

IT IS HEREBY STIPULATED AND AGREED, by and between plaintiff, EVAN R. THOMPSON, and counsel for the defendant, the COMMISSIONER OF SOCIAL SECURITY, pursuant to the fourth sentence of 42 U.S.C. § 405(g)(made applicable to Supplemental Security Income claims by 42 U.S.C. § 1383(c)(3)), which provides that the district court shall have the power to enter, upon the pleadings and transcript of the certified administrative record, a judgement affirming, modifying, or reversing the decision of the Commissioner of Social Security with or without remanding the cause for a rehearing, that the Commissioner's decision is reversed, and Plaintiff's claim is remanded for further administrative proceedings including but not limited to a new hearing and issuance of a new decision.

The Clerk of the Court shall enter judgment in this



Thompson v. Barnhart, CV-05-3318

case once this Stipulation and Order has been signed and so ordered by the Court.

Dated: New York, New York
      , 2006

                                        *Evan R. Thompson*
                                        Evan R. Thompson, Pro Se
                                        90-36 179th Avenue, Apt. 2
                                        Jamaica, New York  11432
                                        (718) 739-8259

Dated: Brooklyn, New York
       January 31, 2006

                                        ROSLYNN R. MAUSKOPF
                                        United States Attorney
                                        Eastern District of New York
                                        Attorney for Defendant
                                        One Pierrepont Plaza, 14th floor
                                        Brooklyn, New York  11201

                           By:      *Karen T. Callahan*
                                        KAREN T. CALLAHAN
                                        Special Assistant U.S. Attorney
                                        (718) 254-6085/7000

SO ORDERED:

_____
Honorable Dora Lizette Izizarry
United States District Judge

                                        *Dated: Brooklyn, NY*
                                        *February 17, 2006*