UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
EVAN R. THOMPSON,                                                    JUDGMENT
                                                                     05-CV- 3318 (DLI)
                         Plaintiff,

   -against-

JO ANNE B. BARNHART,
Commissioner of Social Security,


                         Defendant.
-----------------------------------------------------------------X

       An Order of Honorable Dora L. Irizarry, United States District Judge, having been filed on February 21, 2006, reversing the Commissioner's decision, pursuant to the fourth sentence of 42 U.S.C. § 405(g); and remanding plaintiff's claim for further administrative proceedings including but not limited to a new hearing and issuance of a new decision; it is

       ORDERED and ADJUDGED that the Commissioner's decision is reversed, pursuant to the fourth sentence of 42 U.S.C. § 405(g); and that plaintiff's claim is remanded for further administrative proceedings including but not limited to a new hearing and issuance of a new decision.


Dated: Brooklyn, New York
       February 21, 2006

                                                                                                                                         ROBERT C. HEINEMANN
                                                                                                                                     Clerk of Court